# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **CRISTOBAL PU-US,** | § | |
| *Petitioner*, | § § § | |
| v. | § § | No. 3:26-CV-00164-LS |
| **KRISTI NOEM, SECRETARY, U.S DEPARTMENT OF HOMELAND SECURITY, and MARY DE ANDA YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, U.S. DEPARTMENT OF HOMELAND SECURITY,** | § § § § § § § § § | |
| *Respondents*. | § | |

## AMENDED ORDER SETTING SHOW CAUSE HEARING

In cause number 3:25-cv-00417-LS, Petitioner Cristobal Pu-Us voluntarily sought dismissal because he "wishes to voluntarily dismiss the case."[1] Four days later, in the instant case, Petitioner essentially refiled the same habeas petition before this same Court. Counsel shall appear for a live show cause hearing to explain why sanctions should not be imposed for vexatious or frivolous pleadings. The hearing will be on **February 4, 2026**, at **9:00 a.m.** in the District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas. The Court further orders that Petitioner Cristobal Pu-Us be present for the hearing.

**SO ORDERED**.

---

[1] ECF No. 7 at 1.

2

**SIGNED** and **ENTERED** on January 28, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**