# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| CRISTOBAL PU-US, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| KRISTI NOEM, SECRETARY, U.S DEPARTMENT OF HOMELAND SECURITY, and MARY DE ANDA YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, U.S. DEPARTMENT OF HOMELAND SECURITY, | § § § § § § § § § | No. 3:26-CV-00164-LS |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

For the reasons stated on the record at the hearing held on February 4, 2026, and due to Petitioner's already pending habeas petition in front of this Court,[1] the Court dismisses this action with prejudice.

Pursuant to the Court's oral order at the hearing held on February 4, 2026, the Court hereby orders Petitioner's counsel to retain local counsel for all cases currently pending in front of this Court.[2] Local Counsel must be experienced in federal civil litigation and licensed to practice in the Western District of Texas, with an office located in the El Paso Division of the Western District of Texas.

**SO ORDERED**.

---

[1] Petition for Writ of Habeas Corpus, *Pu-Us v. De Anda Ybarra et al.*, No. 3:25-cv-00417-LS (W.D.T.X. Sept. 25, 2025), ECF No. 1.
[2] *See* Local Court Rule AT-2.

2

**SIGNED** and **ENTERED** on February 13, 2026.

                                         _____
                                         **LEON SCHYDLOWER**
                                         **UNITED STATES DISTRICT JUDGE**